# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Jonathan Turley  Telephone: 202-994-7001
Firm Name: George Washington University Law School
Business Address: 2000 H St., N.W.
Washington, D.C. 22101

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | |
|---|---|---|
| District of Columbia | 417674 | Admitted on 1989 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?

__X__ No  ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:  none

I certify that I am a member in good standing of all bars to which I have been admitted. This certification that the foregoing is true and correct is made under penalty of perjury.

_____  7/13/11
Signature                Date

Non-resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password