# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KODY BROWN, MERI BROWN, JANELLE BROWN, CHRISTINE BROWN, ROBYN SULLIVAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; MARK SHURTLEFF, in his official capacity as Attorney General of Utah; JEFFREY R. BUHMAN, in his official capacity as County Attorney for Utah County,<br><br>    Defendants. | **ORDER FOR PRO HAC VICE ADMISSION** |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of D.U. Civ R 83-1.1(d), the motion for the admission pro hac vice of Jonathan Turley in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this_____day of _____, 20_____.

 

_____
U.S. District Judge