# EXHIBIT A



# EDITOR'S NOTE



Office workers serve lunch during a meeting between FLDS leaders and the Utah attorney general's staff.

**The room darkens,** and Stephanie Sinclair's photographs flash on the screen. For months she has been photographing members of the Fundamentalist Church of Jesus Christ of Latter-Day Saints, the FLDS. Its members are known to most of us because they believe in polygamy, but Stephanie's photographs tell a deeper, broader story. They are able to do so because FLDS members trust her.

Stephanie has no agenda. She does not judge. There is nothing superficial or glib about her work. Her photographs are honest. They reflect her insatiable curiosity. They also reflect her compassion and sense of responsibility. The best photographers understand the obligation that comes with the privilege of access to otherwise hidden worlds and lives. Stephanie understands that others may want to pass judgment, but that is not her role. She photographs what she sees and provides the opportunity for insight. The rest is up to the reader.

In a world full of shrill voices and agendas, we at National Geographic are committed to an unbiased presentation of facts. Yes, we will cover controversial topics like the FLDS, and yes, we will devote time and resources to get the story right. It's what we've been doing for more than 120 years. Our commitment is to show the world in all its complexity—and to publish the work of photographers, like Stephanie Sinclair, who can present that complexity with compassion and fairness.



At 88, Joe Jessop is an elder of the Fundamentalist Church of Jesus Christ of Latter-Day Saints (FLDS), the controversial sect that split from the Mormon Church after it banned plural marriage. In Hildale, Utah, he has tried to fulfill his duty to build up his "celestial family" – 5 wives, 46 children, and 239 grandchildren. "I've had a blessed life," he says. "I wouldn't trade places with anyone."



# The Polygamists
## AN EXCLUSIVE LOOK INSIDE THE FLDS





An FLDS man leaves the funeral service for Foneta Jessop, linking arms with six of his wives, two of them Foneta's daughters. "They made these dresses especially for the occasion," he says, "and chose the same color to symbolize the love they share." Only men deemed "godly" are permitted to enter into plural marriage by the church leader; those later judged unworthy can have their wives and children reassigned to other men.



Opinionated and feisty, Melinda Jeffs (crouching) plays with the family's children outside their home in Colorado City, Arizona. Melinda says she enjoys sharing life with sister wife Susanna (on porch) and decries media reports that make us sound like a brainwashed cult." Yet her father is a strong FLDS critic.



After helping bring in the hay harvest, Amber Barlow, 16, soars on a homemade swing with friends at the 4,000-acre FLDS ranch in Pony Springs, Nevada. FLDS members, even young children, are expected to help with chores—sowing, picking, canning—throughout the year.

BY SCOTT ANDERSON
PHOTOGRAPHS BY STEPHANIE SINCLAIR

# THE FIRST CHURCH MEMBERS

arrive at the Leroy S. Johnson Meeting House in Colorado City, Arizona, at about 6 p.m. Within a half hour the line extends out the front doors, down the side of the building, and out into the parking lot. By seven, it stretches hundreds of yards and has grown to several thousand people—the men and boys dressed in suits, the women and girls in Easter egg–hued prairie dresses.

The mourners have come for a viewing of 68-year-old Foneta Jessop, who died of a heart attack a few days ago. In the cavernous hall Foneta's sons form a receiving line at the foot of her open casket, while her husband, Merril, stands directly alongside. To the other side stand Merril's numerous other wives, all wearing matching white dresses. Foneta was the first wife.

Colorado City is a town with special significance for those of Foneta's faith. Together with its sister community of Hildale, Utah, it is the birthplace of the Fundamentalist Church of Jesus Christ of Latter-Day Saints (FLDS), a polygamous offshoot of the Mormon Church, or LDS. Here in the 1920s and '30s, a handful of polygamous families settled astride the Utah-Arizona border after the leadership of the Mormon Church became increasingly determined to shed its polygamous past and be accepted by the American mainstream. In 1935 the church gave settlement residents an ultimatum: renounce plural marriage or be excommunicated. Practically everyone refused and was cast out of the LDS.

At the memorial service for Foneta, her husband and three sons give testimonials praising her commitment to the covenant of plural marriage, but there is an undertone of family disharmony, with vague references by Merril Jessop to his troubled relationship with Foneta. No one need mention that one of Merril's wives is missing. Carolyn Jessop, his fourth wife, left the household in 2003 with her eight children and went on to write a best-selling book on her life as an FLDS member. She describes a cloistered environment and tells of a deeply unhappy Foneta, an overweight recluse who fell out of favor with her husband and slept her days away, coming out of her room only at night to eat, do laundry, and watch old Shirley Temple movies on television.

At the conclusion of the service, most of the congregation walk over to the Isaac Carling cemetery for a graveside observance. I assume the enormous turnout—mourners have come in from FLDS communities in Texas, Colorado, and British Columbia—stems from the prominent position Foneta's husband holds: Merril Jessop is an FLDS leader and the bishop of the large chapter in West Texas. But Sam Steed, a soft-spoken, 37-year-old accountant acting as my guide, explains that elaborate funerals are a regular occurrence. "Probably between 15 and 20 times a year," he says. "This one is maybe a little bigger than most, but even when a young child dies, you can expect three or four thousand people to attend. It's part of what keeps us together. It reminds us we're members of this larger community. We draw strength from each other."

## FEW AMERICANS HAD HEARD

of the FLDS before April 2008, when law enforcement officials conducted a raid on a remote compound in West Texas known as the Yearning for Zion Ranch. For days after, television viewers witnessed the bizarre spectacle of hundreds of children and women—all dressed in old-fashioned prairie dresses, with elaborately coiffed hair—being herded onto school buses by social workers and police officers.

That raid had been spurred by phone calls to a domestic violence shelter, purportedly from a 16-year-old girl who claimed she was being sexually and physically abused on the ranch by her middle-aged husband. What lent credibility to the calls was that the residents of YFZ Ranch

THE POLYGAMISTS 45



Veda Keate, 20, and her daughter, Sereena, 4, were among more than 400 church members taken into protective custody after a 2008 raid on the FLDS ranch in West Texas.

Bishop Merril Jessop (at center) heads a receiving line beside the casket of his first—and only legal—wife, Foneta, as his other wives line up behind him. "My hand is a bit sore today," Merril admitted, after greeting some 5,000 mourners in Colorado City.

An estimated 38,000 breakaway Mormon fundamentalists continue the practice of plural marriage in North America today. The FLDS, founded in Hildale and Colorado City, astride the Utah-Arizona border, is the largest organized group, with about 10,000 members across the western U.S. and Canada.

**FLDS communities**
- Large
- Medium
- Small

0 mi  400
0 km  400
NGM MAPS

CANADA

Seattle
Spokane
Bountiful
Pringle
Salt Lake City
Sandy
Pony Springs
Hildale
Las Vegas
Mancos
Westcliffe
Colorado City

UNITED STATES

Nashville

Eldorado
San Antonio

MEXICO

FROM THE BLUFF BEHIND his Hildale home, Joe Jessop has a commanding view of the Arizona Strip, an undulating expanse of sagebrush and piñon-juniper woodland that stretches south of the Utah border all the way to the northern rim of the Grand Canyon, some 50 miles away. Below are the farm fields and walled compounds of Hildale and Colorado City, which Joe refers to collectively by their old name, Short Creek. "When I first came to Short Creek as a boy, there were just seven homes down there," says Joe, 88. "It was like the frontier."

Today, Short Creek is home to an estimated 6,000 FLDS members—the largest FLDS community. Joe Jessop, a brother of Merril, has contributed to that explosive growth in two very different ways. With the weathered features and spindly gait of a man who has spent his life outdoors and worked his body hard, he is the community's undisputed "water guy", a self-taught engineer who helped with the piping of water out of Maxwell Canyon back in the 1940s. He's had a hand in building the intricate network of waterlines, canals, and reservoirs that has irrigated the arid plateau in the decades since.

A highly respected member of the FLDS, Joe is also the patriarch of a family of 46 children and—at last count—239 grandchildren. "My

were disciples of the FLDS and its "prophet", Warren Jeffs, who had been convicted in a Utah court in 2007 for officiating at the marriage of a 14-year-old girl to a church member.

The raid made for gripping television, but it soon became clear that the phone calls were a hoax. And although authorities had evidently anticipated a violent confrontation like the 1993 shoot-out at the Branch Davidian compound in Waco—SWAT teams were brought in, along with an armored personnel carrier—the arsenal at the YFZ Ranch consisted of only 33 legal firearms. A Texas appeals court later found that authorities had not met the burden of proof for the removal of the more than 400 children, and most were returned to their families within two months.

Yet after interviewing teenagers who were pregnant or had children, Texas authorities began investigating how many underage girls might have been "sealed" to older men. (Plural marriages are performed within the church and are not legal.) The result: Twelve church members, including Warren Jeffs, were indicted on charges ranging from bigamy to having sex with a minor. The first defendant to stand trial, Raymond Jessop, was convicted of one charge last November. Trials of the other defendants are scheduled to take place over the coming year.



Merril Jessop's son Raymond, 38, is escorted to jail after a Texas jury sentenced him last November to ten years in prison for sexual assault of a 16-year-old girl, who had been "sealed" to him in a polygamous marriage. During sentencing the defense argued the prosecution offered no evidence the sex was not consensual, but state law holds that unmarried girls under age 17 cannot give consent.

family came to Short Creek for the same reason as everyone else," he says, "to obey the law of plural marriage, to build up the Kingdom of God. Despite everything that's been thrown our way, I'd say we've done a pretty good job."

Members of the faith describe the life that the Jessops and other founding families have built as idyllic, one in which old-fashioned devotion and neighborly cooperation are emphasized and children are raised in a wholesome environment free of television and junk food and social pressures. Critics, on the other hand, see the FLDS as an isolated cult whose members, worn down by rigid social control, display a disturbing fealty to one man, the prophet Warren Jeffs—who has claimed to be God's mouthpiece on Earth.

To spend time in Hildale and Colorado City is to come away with a more nuanced view. That view is revealed gradually, however, due to the insular nature of the community. Many of the oversize homes are tucked behind high walls, both to give children a safe place to play and to shield families from gawking Gentiles, as non-Mormons are known. Most residents avoid contact with strangers. *National Geographic* was given access to the community only on the approval of the church leadership, in consultation with the imprisoned Warren Jeffs.

In keeping with original Mormon teachings, much of the property in Hildale and Colorado City is held in trust for the church. Striving to be as self-sufficient as possible, the community grows a wide variety of fruits and vegetables, and everyone, including children, is expected to help bring in the yield. Church members also own and operate a number of large businesses, from hotels to tool and machine manufacturers. Each Saturday, men gather at the meetinghouse to go over a roster of building and maintenance projects around town in need of volunteers. In one display of solidarity, the men built a four-bedroom home, from foundation to roof shingles, in a single day.

This communal spirit continues inside the polygamous home. Although living arrangements vary—wives may occupy different wings of a house or have their own granny cottages—the

Case 2:11-cv-00652-CW Document 29-1 Filed 12/19/11 Page 12 of 18

A woman's primary role in the FLDS is to bear as many children as possible, to build up the "celestial family" that will remain together for eternity.

women tend to carve out spheres of influence according to preference or aptitude. Although each has primary responsibility for her own children, one wife might manage the kitchen, a second act as schoolteacher (virtually all FLDS children in Hildale and Colorado City are homeschooled), and a third see to the sewing. Along with instilling a sense of sorority, this division of labor appears to mitigate jealousy.

"I know it must seem strange to outsiders," says Joyce Broadbent, a friendly woman of 44, "but from my experience, sister wives usually get along very well. Oh sure, you might be closer to one than another, or someone might get on your nerves occasionally, but that's true in any family. I've never felt any rivalry or jealousy at all."

Joyce is a rather remarkable example of this harmony. She not only accepted another wife, Marcia, into the family, but was thrilled by the addition. Marcia, who left an unhappy marriage in the 1980s, is also Joyce's biological sister. "I knew my husband was a good man," Joyce explains with a smile as she sits with Marcia and their husband, Heber. "I wanted my sister to have a chance at the same kind of happiness I had."

Not all FLDS women are quite so sanguine about plural marriage. Dorothy Emma Jessop is a spry, effervescent octogenarian who operates a naturopathic dispensary in Hildale. Sitting in her tiny shop surrounded by jars of herbal tinctures she ground and mixed herself, Dorothy admits she struggled when her husband began taking on other wives. "To be honest," she says, "I think a lot of women have a hard time with it, because it's not an easy thing to share the man you love. But I came to realize this is another test that God places before you—the sin of jealousy, of pride—and that to be a godly woman, I needed to overcome it."

What seems to help overcome it is an awareness that a woman's primary role in the FLDS is to bear and raise as many children as possible, to build up the "celestial family" that will remain together for eternity. It is not uncommon to meet FLDS women who have given birth to 10, 12, 16 children. (Joyce Broadbent is the mother of 11, and Dorothy Emma Jessop of 13.) As a result, it's easy to see why this corner of the American West is experiencing a population explosion. The 400 or so babies delivered in the Hildale health clinic every year have resulted in a median age of just under 14, in contrast with 36.6 for the entire U.S. With so many in the community tracing their lineage to a handful of the pioneering families, the same few names crop up over and over in Hildale and Colorado City, suggesting a murkier side to this fecundity: Doctors in Arizona say a severe form of a debilitating disease called fumarase deficiency, caused by a recessive gene, has become more prevalent in the community due to intermarriage.

The collision of tradition and modernity in the community can be disorienting. Despite their old-fashioned dress, most FLDS adults have cell phones and favor late-model SUVs. Although televisions are now banished, church members tend to be highly computer literate and sell a range of products, from soaps to dresses, via the Internet. When I noticed how few congregants wore glasses, I wondered aloud if perhaps a genetic predisposition for good eyesight was at work. Sam Steed laughed lightly. "No. People here are just really into laser surgery."

THE PRINCIPLE OF PLURAL MARRIAGE was revealed to the Mormons amid much secrecy. Dark clouds hovered over the church in the early 1840s, after rumors spread that its founder, Joseph Smith, had taken up the practice of polygamy. While denying the charge in public, by 1843 Smith had shared a revelation with his closest disciples. In this "new and everlasting covenant" with God, plural wives were to be taken so that the faithful might "multiply and replenish the earth."

After Smith was assassinated by an anti-Mormon mob in Illinois, Brigham Young led believers on an epic 1,300-mile journey west to the Salt Lake Basin of present-day Utah. There the covenant was at last publicly revealed and with it, the notion that a man's righteousness before God would be measured by the size of his family; Brigham Young himself took 55 wives, who bore him 57 children.

But in 1890, faced with the seizure of church property under a federal antipolygamy law, the LDS leadership issued a manifesto announcing an end to plural marriage. That certainly didn't end the practice, and the LDS's tortured handling of the issue—some church leaders remained in plural marriages or even took on new wives after the manifesto's release—contributed to the schism between the LDS and the fundamentalists.

"The LDS issued that manifesto for political purposes, then later claimed it was a revelation," says Willie Jessop, the FLDS spokesman. "We in the fundamentalist community believe covenants are made with God and are not to be manipulated for political reasons, so that presents an enormous obstacle between us and those in the LDS mainstream."

Upholding the covenant has come at a high price. The 2008 raid on the YFZ Ranch was only the latest in a long list of official actions against polygamists—persecutions for simply adhering to their religious principles, in the eyes of church members—that are integral to the FLDS story. At various times both Utah and Arizona authorities attempted to crack down on the Short Creek community: in 1935, in 1944, and most famously, in 1953. In that raid some 200 women and children were hauled to detention centers, while 26 men were brought up on polygamy charges. In 1956 Utah authorities seized seven children of Vera Black, a Hildale plural wife, on grounds that her polygamous beliefs made her an unfit mother. Black was reunited with her children only after agreeing to renounce polygamy.

MELINDA FISCHER JEFFS is an articulate, outgoing woman of 37, and she gives an incredulous laugh when describing what she's read about the FLDS. "Honestly, I can't even recognize it!" the mother of three exclaims. "Most all of what appears in the media, it makes us sound like we're somehow being kept against our will."

Melinda is in a unique position to understand the conflicting views of this community. She is a plural wife to Jim Jeffs, one of the prophet's nephews and an elder in the FLDS. But she is also the daughter of Dan Fischer, a former FLDS member who has emerged as one of the church leadership's most vociferous critics. In 2008 Fischer testified before a U.S. Senate committee about alleged improprieties within the FLDS, and he now heads an organization that works with people who have been kicked out of the church or who have "escaped." When Fischer broke with the church in the 1990s, his family split apart too; today 13 of his children have left the FLDS, while Melinda and two of her half siblings have renounced their father.

"And that is not an easy thing," Melinda says softly, "obviously, because I still love my father. I pray all the time that he will see his errors—or at least, stop his attacks on us."

If there is one point on which FLDS defenders and detractors might agree, it is that most of the current troubles can be traced to when its leadership passed to the Jeffs family, in 1986. Until then, the FLDS had been a fairly loosely run group led by an avuncular man named Leroy Johnson, who relied on a group of high priests to guide the church. That ended when Rulon Jeffs took over following Johnson's death. After being declared the prophet by the community, Rulon solidified the policy of one-man rule.

Charges that a theocratic dictatorship was taking root in the Arizona Strip grew louder when, after Rulon's death in 2002, the FLDS was taken over by his 46-year-old son, Warren. Assuming the role of the prophet, Warren first married several of his father's wives—and then proceeded to wed many more women, including, according to Carolyn Jessop, eight of Merril Jessop's daughters. Although many FLDS men have multiple wives, the number of wives of those closest to the prophet can reach into the double digits. A church document called the Bishop's Record, seized during the Texas raid, shows that one of Jeffs's lieutenants, Wendell Nielsen, claims 21 wives. And although the FLDS would not disclose how many plural wives Warren Jeffs has taken (some estimate

*Scott Anderson is a war correspondent and novelist. Photographer Stephanie Sinclair spent more than a year documenting the FLDS community.*



Female FLDS members wear modest attire—ankle-length prairie dresses—even while swimming. "It can get kind of cold," says Verda Shapley, 19, reaching for a cable trolley with her sisters at a pond near Hildale. "We do everything together," says their father, William (at left). "The foundation of this life is your belief in a life after this. Where are we going after this life? That's the big question."



"Singing is a nice way to wind down the day, but it's hard to manage during harvesttime," says Aaron Jessop, Jr. (beneath the large picture of Warren Jeffs). The portraits in the Pony Springs meeting hall depict Mormon leaders the FLDS regards as Joseph Smith's true inheritors, from Brigham Young to Jeffs.

54

"If you have men marrying 20, 30, up to 80 or more women," Fischer says, it's "simple math that there will be a lot of men who aren't going to get wives."

more than 80), at least one was an underage girl, according to a Texas indictment.

Although the issue of underage marriage within the church has garnered the greatest negative media attention, Dan Fischer has championed another cause, the so-called Lost Boys, who have left or been forced from the community and wound up fending for themselves on the streets of Las Vegas, Salt Lake City, and St. George, Utah. Fischer's foundation has worked with 300 such young men, a few as young as 13, over the past seven years. Fischer concedes that most of these boys were simply "discouraged out," but he cites cases where they were officially expelled, a practice he says increased under Jeffs. Fischer attributes the exodus partly to a cold-blooded calculation by church leaders to limit male competition for the pool of marriageable young women. "If you have men marrying 20, 30, up to 80 or more women," he says, "then it comes down to biology and simple math that there will be a lot of other men who aren't going to get wives. The church says it's kicking these boys out for being disruptive influences, but if you'll notice, they rarely kick out girls."

Equally contentious has been the FLDS restoration of an early Mormon policy of transferring the wives and children of a church member to another man. Traditionally, this was done upon the death of a patriarch so that his widows might be cared for, or to rescue a woman from an abusive relationship. But critics argue that under Jeffs this "reassignment" became one more weapon to hold over the heads of those who dared step out of line.

Determining who is unworthy has been the exclusive province of the prophet. When in January 2004 Jeffs publicly ordered the expulsion of 21 men and the reassignment of their families, the community acquiesced. Jeffs's diary, also seized during the Texas raid, reveals a man who micromanaged the community's every decision, from chore assignments and housing arrangements to who married whom and which men were ousted—all directed by revelations Jeffs received as he slept. He claimed that God guided his every action, no matter how small.

One diary entry reads: "The Lord directed that I go to the sun tanning salon and get sun tanned more evenly on their suntanning beds."

In 2005 a Utah court transferred control of the trust that oversees much of the land in Hildale and Colorado City from the FLDS leadership to a state-appointed fiduciary; the church is currently waging a campaign to recover control of the trust. As for Jeffs, after spending over a year on the lam avoiding legal issues in Utah—and earning a spot on the FBI's Ten Most Wanted list—he was caught and is currently serving a ten-year-to-life sentence as an accomplice to rape. He awaits trial on multiple indictments in Arizona and Texas. The 11 other church members awaiting trial in Texas include Merril Jessop, who was indicted for performing the marriage of Jeffs to an underage girl.

Yet Jeffs's smiling portrait continues to adorn the living room of almost every FLDS home. In his absence, his lieutenants have launched a fierce defense of his leadership. While conceding that underage marriages did occur in the past, Donald Richter, contributor to one of the official FLDS websites, says the practice has now been stopped. As for the Lost Boys, he argues that both the numbers involved and the reasons for the expulsions have been greatly exaggerated by the church's enemies. "This is only done in the most extreme cases," Richter says, "and never for the trivial causes they're claiming. And anyway, all religious groups have the right to expel people who won't accept their rules."

Certainly Melinda Fischer Jeffs hasn't been swayed by the ongoing controversy. "Warren is just the kindest, most loving man," she says. "The image that has been built up about him by the media and his enemies is just unrecognizable to who he really is." Like other church members, Melinda has ready answers for most of the accusations leveled against Jeffs and is especially spirited in defending the policy of reassignment. According to her, it is almost always initiated at the request of a wife who has been abandoned or abused. This is debatable. In his diary Jeffs recounts reassigning the wives of three men, including his brother David, because God had

shown him that they "couldn't exalt their ladies, had lost the confidence of God." One of his brother's wives had difficulty accepting the news and could barely bring herself to kiss her new husband. "She showed a great spirit of resistance, yet she went through with it," Jeffs records. "She needs to learn to submit to Priesthood."

Yet Melinda's defense of Jeffs underscores one of the most curious aspects of the polygamous faith: the central role of women in defending it. This is not new. In Brigham Young's day a charity rushed to Utah to establish a safe house for polygamous women seeking to escape this "white slavery"; that house sat virtually empty. Today FLDS women in the Hildale–Colorado City area have ample opportunity to "escape"—they have cell phones, they drive cars, there are no armed guards keeping them in—yet they don't.

Undoubtedly one reason is that, having been raised in this culture, they know little else. Walking away means leaving behind everything: the community, one's sense of security, even one's own family. Carolyn Jessop, the plural wife of Merril Jessop who did leave the FLDS, likens entering the outside world to "stepping out onto another planet. I was completely unprepared, because I had absolutely no life skills. Most women in the FLDS don't even know how to balance a checkbook, let alone apply for a job, so contemplating how you're going to navigate in the outside world is extremely daunting."

It would seem there's another lure for women to stay: power. The FLDS women I spoke with tended to be far more articulate and confident than the men, most of whom seemed paralyzed by bashfulness. It makes sense when one begins to grasp that women are coveted to "multiply and replenish the earth," while men are in extraordinary competition to be deemed worthy of marriage by the prophet. One way to be deemed worthy, of course, is to not rock the boat, to keep a low profile. As a result, what has all the trappings of a patriarchal culture, actually has many elements of a matriarchal one.

There are limits to that power, of course, for it is subject to the dictates of the prophet. After hearing Melinda's stout defense of Jeffs, I ask

what she would do if she were reassigned.

"I'm confident that wouldn't happen," she replies uneasily.

"But what if it did?" I ask. "Would you obey?"

For the only time during our interview, Melinda grows wary. Sitting back in her chair, she gives her head a quarter turn to stare at me out of the corner of one eye.

**ON A SUNNY AFTERNOON** in March 2009, Bob Barlow, a friendly, middle-aged member of the FLDS, gives me a tour of the YFZ Ranch in West Texas. The compound consists of about 25 two-story log-cabin-style homes, and a number of workshops and factories are scattered over 1,700 acres. At the center sits a gleaming white stone temple. It is remarkable what the residents have created from the hardscrabble plain. With heavy machinery, they literally made earth out of the rocky terrain, crushing stone and mixing it with the thin topsoil. They planted orchards and gardens and lawns and were on their way to creating a self-sufficient community amid the barren landscape. All that ground to a halt after the 2008 raid.

"The families are slowly coming back now," Barlow says. "We'll come out the other side of this better and stronger than before."

I suspect he's right. So many times in the history of Mormon polygamy the outside world thought it had the movement on the ropes only to see it flourish anew. I'm reminded of this one afternoon in Colorado City when I speak with Vera Black. Now 92 and in failing health, Vera is the woman whose children were taken from her by Utah authorities in 1956 and returned only after she agreed to renounce polygamy. Within days of making that promise, she was back in Short Creek with her children and had renewed her commitment to the everlasting covenant.

Now living with her daughter Lillian, Vera lies in a daybed as her children gather around. Those children are now in their 50s and 60s, and as they recount the story of their long-ago separation—both from their mother and their faith—several weep, as if the pain were fresh.

"I had to make that promise," Vera says, with a smile, "but I crossed my fingers while I did it." □



Young FLDS women tarp the hay harvest on the church's ranch in Pony Springs. "It's hard work, but I enjoy it," says Annette Jessop, 19 (at far right). "I'm with friends and away from the rest of the world." Despite their conservative lifestyle, most FLDS women drive, have cell phones, and are computer literate.



Jim Jessop (at center) leads morning prayers for his children and three wives at his log-cabin home on the Yearning for Zion Ranch in Eldorado, Texas. Work schedule permitting, the family worships together twice a day. "We have been tested throughout our history," he says of the church's recent legal woes, "but this only brings us closer together, both as a family and as a faith."