AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

*FILED U.S. DISTRICT COURT*
*2013 DEC 17 A 11: 15*
*DISTRICT OF UTAH*
*BY: _____*
*DEPUTY CLERK*

KODY BROWN, MERI BROWN,
JANELLE BROWN, CHRISTINE BROWN,
and ROBYN SULLIVAN,

**JUDGMENT IN A CIVIL CASE**

v.

JEFFREY R. BUHMAN, in his official
capacity as County Attorney for Utah
County,

Case Number: 2:11-cv-00652-CW-

IT IS ORDERED AND ADJUDGED

that judgment be entered as follows: Utah Code Ann. §76-7-101 (2013) is facially unconstitutional. The phrase "or cohabits with another person" is stricken as a violation of the Free Exercise Clause of the First Amendment to the United States Constitution and is without a rational basis under the Due Process Clause of the Fourteenth Amendment. Further, the statute is susceptible to a narrowing construction of the terms "marry" and purports to marry" to remedy the constitutional infirmity of the remainder of the statute.

| | |
|---|---|
| December 17, 2013 | D. Mark Jones |
| *Date* | *Clerk of Court* |

*(signature)*
*(By) Deputy Clerk*