IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KODY BROWN, MERI BROWN, JANELLE BROWN, CHRISTINE BROWN, ROBYN SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY R. BUHMAN,<br><br>Defendant. | **ORDER TO VACATE JUDGMENT**<br><br>Case No.  2:11-CV-0652-CW<br><br>Judge Clark Waddoups |

The judgment of the Clerk of Court (Dkt. No. 79) is hereby vacated as having been entered on the docket without taking into consideration that there is a pending issue to be resolved.

SO ORDERED this 20th day of December, 2013.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge