JERROLD S. JENSEN (#1678)
THOM D. ROBERTS (#2773)
Assistant Attorneys General
SEAN D. REYES (#7969)
Attorney General
Attorneys For Defendants
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353
jerroldjensen@utah.gov
thomroberts@utah.gov

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KODY BROWN, MERI BROWN, JANELLE BROWN, CHRISTINE BROWN, ROBYN SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; MARK SHURTLEFF, in his official capacity as Attorney General of Utah; JEFFREY R. BUHMAN, in his official capacity as County Attorney for Utah County,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case: 2:11CV00652<br><br>Judge Clark Waddoups |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Utah Code Ann. § 76-7-101(2013) is facially unconstitutional in that the phrase "or cohabits with another person" is a violation of the Free Exercise Clause of the First Amendment to the United States Constitution and is without a rational basis under the Due Process Clause of the Fourteenth Amendment; to

preserve the integrity of the statute, as enacted by the Utah State Legislature, the Court hereby severs the phrase "or cohabits with another person" from Utah Code § 76-7-101; it is further

ORDERED, ADJUDGED AND DECREED that the statute is susceptible to and the Court hereby adopts a narrowing construction of the terms "marry" and "purports to marry" to remedy any constitutional infirmity of the remainder of the statute and that portion of the statute is upheld as constitutional; it is further

ORDERED, ADJUDGED AND DECREED that the Plaintiffs, as prevailing parties in an action for enforcement of civil rights under 42 U.S.C. § 1983, may be entitled to an award of attorney fees under 42 U.S.C. § 1988 upon further and proper application.

DATED this_____ day of _____, 2014.

_____
D. Mark Jones
Clerk of the Court

APPROVED AS TO FORM:

_____
Jonathan Turley, Attorney for Plaintiffs

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing **JUDGMENT IN A CIVIL CASE** was served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan Turley
jturley@law.gwu.edu

Adam Alba
adam.alba@gmail.com

                                          /s/Sherri L.Cornell
                                          Secretary